**Exhibit "4"**
**<u>Stipulation of Dismissal</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL.,<br><br>          **Plaintiffs,**<br><br> -against-<br><br>COOL MED SUPPLY INC, ET AL.,<br><br>          **Defendants.** | **24-cv-1827**<br>**(NCM)(CLP)**<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO COOL MED SUPPLY INC AND ORIT DAVIDOV. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Company (collectively "Plaintiffs"), on the one hand, and Cool Med Supply Inc and Orit Davidov ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

Dated: New York, New York
~~January ___, 2025~~
March 21, 2025
**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**


By:_____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
Wall Street Plaza
100 Wall Street, Suite 700
New York, New York 10005
*Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company*




**HORN WRIGHT, LLP**

By:_____
Charles H. Horn, Esq.
400 Garden City Plaza, Suite 500
Garden City, New York 11530
*Counsel for Cool Med Supply Inc and Orit Davidov*