UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------

ALLSTATE INSURANCE COMPANY, ET AL.,

**Plaintiffs,**

-against-

COOL MED SUPPLY INC., ET AL.,

**Defendants.**

----------------------------------------------------------------------

**24-CV-1827
(NCM)(CLP)**

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(A)(1)(A)(I)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: March 21, 2025
　　　New York, New York

**MANNING & KASS, ELLROD,
RAMIREZ, TRESTER LLP**

By:＿＿/s/ Lee Pinzow＿＿＿＿＿＿
　　Robert A. Stern, Esq.
　　James A. McKenney, Esq.
　　Lee Pinzow, Esq.
　　*Counsel for Plaintiffs*
　　100 Wall Street Suite 700
　　New York, New York10005
　　Tel:  (212) 858-7769
　　Fax:  (212) 858-7543